United States Courts
Southern District of Texas
FILED

*August 24, 2022*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ' | |
| | ' | |
| **v.** | ' | **CRIMINAL NO.   3:22-cr-0018** |
| | ' | |
| **FRANKLIN TREJO-CHAVARRIA,** | ' | **(RICO Conspiracy, 18 U.S.C. § 1962(d);** |
| a/k/a "Impulsivo," | ' | **Murder in Aid of Racketeering,** |
| | ' | **18 U.S.C. § 1959(a)(1); Conspiracy** |
| **JULIO VIGIL-LOPEZ ,** | ' | **to Commit Murder in Aid** |
| a/k/a "Hades," | ' | **of Racketeering and Attempted** |
| | ' | **Murder in Aid of Racketeering,** |
| **WALTER ANTONIO CHICAS-GARCIA,** | ' | **18 U.S.C. § 1959(a)(5); Using,** |
| a/k/a "Walter," a/k/a "Mejia," | ' | **Carrying, Brandishing, and** |
| | ' | **Discharging a Firearm During and** |
| **LUIS ERNESTO CARBAJAL-PERAZA,** | ' | **in Relation to a Crime of Violence,** |
| a/k/a "Destino," a/k/a "Chele," | ' | **18 U.S.C. §§ 924(c)(1)(A)(i)-(iii);** |
| | ' | **Causing Death Through the Use of** |
| **CARLOS ALEXI GARCIA-GONGORA,** | ' | **a Firearm, 18 U.S.C. § 924(j);** |
| a/k/a "Garcia," a/k/a "Lil Maligno," | ' | **Obstruction of Justice, 18 U.S.C.** |
| | ' | **§ 1512(c)(1); and Aiding and Abetting,** |
| **WILSON JOSE VENTURA-MEJIA,** | ' | **18 U.S.C. § 2; Forfeiture, 18 U.S.C.** |
| a/k/a "Discreto," a/k/a "Disco," | ' | **§§ 981(a)(1)(C) & 1963, 21 U.S.C.** |
| | ' | **§ 853, 28 U.S.C. § 2461(c))** |
| **ANGEL MIGUEL AGUILAR-OCHOA,** | ' | |
| a/k/a "Darki," | ' | |
| | ' | |
| **MARLON MIRANDA-MORAN,** | ' | |
| a/k/a "Chinki," | ' | |
| | ' | |
| **WILMAN RIVAS-GUIDO,** | ' | |
| a/k/a "Inquieto," and | ' | |
| | ' | |
| **CARLOS ELIAS HENRIQUEZ-TORRES,** | ' | |
| a/k/a "Kalin," | ' | |
| | ' | |
| **Defendants.** | ' | |
| | ' | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

**(Conspiracy to Participate in a Racketeering Enterprise)**
**(18 U.S.C. § 1962(d))**

### The MS-13 Enterprise

1.      At all times relevant to this Indictment, in the Southern District of Texas, and elsewhere, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;" JULIO VIGIL-LOPEZ, A/K/A "HADES;" WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;" LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;" WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A/ "KALIN;"** and others known and unknown to the Grand Jury, including Angel Miguel Aguilar-Ochoa, a/k/a "Darki;" and Marlon Miranda-Moran, a/k/a "Chinki;" were members and associates of an organization engaged in, among other crimes, murder and witness tampering. At all relevant times, this organization, known as *La Mara Salvatrucha*, also known as "MS-13" (hereinafter "MS-13"), operated in the Southern District of Texas and elsewhere. MS-13, including its leadership, membership, and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, which engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

## The MS-13 Enterprise

2.      MS-13 is a violent international street gang involved in a variety of violent criminal activities operating throughout the United States.  The gang's membership is composed largely of individuals of Salvadoran and Central American descent.

3.      MS-13 originated in Los Angeles, California, in the 1980s. Over time, MS-13 members expanded the gang's presence to El Salvador, where the gang flourished, and across Central America and Mexico. MS-13 also spread throughout the United States, particularly in areas with sizeable Central American populations, including parts of Texas, North Carolina, Virginia, Maryland, New Jersey, New York, Massachusetts, and Tennessee.

4.      MS-13's national and international leadership is concentrated primarily in California and El Salvador. Many of these high-ranking MS-13 members are incarcerated and participate in the gang's affairs by using contraband cellular telephones.

5.      MS-13 recruits members and associates predominantly from the Hispanic community, typically juveniles.  Within MS-13, the primary unit of organization is known as a "clique," which typically includes 10 to 100 members and operates in a specific geographic location. Each clique is run by the senior leader, who is designated the "First Word," and the second-in-command, who is designated the "Second Word."  The other members and associates of the clique take their orders from the "First Word" or "Second Word."  The leaders of the respective cliques attend larger general meetings to manage gang operations on a regional and international level. Cliques operate under the umbrella rules of MS-13 and often work together cooperatively to engage in criminal activity and to assist one another in avoiding detection by law enforcement.  In the Southern District of Texas and the surrounding area, these cliques include, among others, Pinos Locos Salvatrucha ("PLS"), Sailors Locos Salvatrucha ("Sailors"), Directos Locotes Salvatrucha

("DLS"), Familia Criminales Locotes Salvatrucha ("FCLS"), and Cabanas Locotes Salvatrucha ("CLS").

6.      Sometimes, MS-13 cliques within a particular geographical area are grouped together into a regional organization known as a "program." For example, numerous MS-13 cliques located on the East Coast of the United States are part of the "East Coast Program."

7.      Individuals who associate and commit crimes with the gang are called "paisas," "paros," or "observaciones."  Individuals who are attempting to join the gang are called "chequeos" or "cheqs."  Chequeos undergo a probationary period during which they are required to commit crimes on behalf of MS-13 to achieve trust and prove their loyalty to the gang.  To join MS-13 and become full members or "homeboys," prospective members are required to complete an initiation process, often referred to as being "jumped in" or "beat in" to the gang.  During that initiation, other members of MS-13 will beat the new member, usually until a gang member is finished counting aloud to the number thirteen, representing the "13" in MS-13.

8.      MS-13 members meet regularly to discuss gang activity. At these meetings, sometimes referred to as "misas," "masses," or "church," members of a clique discuss their recent criminal activities and plan future violent acts. The First Word and/or their deputies preside over the meetings, lead discussions, and issue orders.

9.      MS-13 cliques fund their activities in part through the payment of dues by its members. Under this scheme, MS-13 members are required to make these regular payments to their respective cliques. A portion of this money is typically sent back to gang leaders in California or El Salvador, or to leaders of a program. The remainder of the money is typically used to purchase firearms and other weapons for use in violent acts, to purchase drugs for redistribution, to support

incarcerated gang members, or to finance other gang-related activity. MS-13 considers failure to make timely due payments to be a violation of gang rules, generally punishable by a beating.

10.     To promote their gang identity, MS-13 members and associates often wear blue or white clothing, as well as clothing displaying the number "13." MS-13 members and associates also often have tattoos reading "Mara Salvatrucha," "MS," or "MS-13," and mark their territory with graffiti displaying the names and symbols associated with the gang.  One such symbol is the MS-13 hand sign, meant to resemble both an inverted "M" and the face of the devil, with outstretched fingers representing the devil's horns.  Some MS-13 members have chosen not to have tattoos or to have them placed on areas where they can be easily covered, such as the hairline, in order to conceal their gang affiliation from law enforcement.

11.     MS-13 members are required to follow various rules and MS-13 recruits are indoctrinated into these rules, which are ruthlessly enforced.  In most cases, gang members who violate the rules are punished with a beating, a practice commonly referred to as "corte" or "calenton."

12.     One of MS-13's primary goals is to destroy its rival gangs, which vary depending on location, but generally include the 18th Street Gang, Brown Pride, and the Latin Kings. Gang rules require that MS-13 members confront, fight, and/or kill rival gang members when possible. MS-13 members sometimes refer to rival gang members using derogatory names, including "chavalas."

13.     Cooperation with law enforcement is strictly prohibited under MS-13's rules. It is well understood within the gang that anyone who assists the authorities will be punished with death, and that the gang honors those who have killed police informants.

14.     When a disloyal and/or disobedient gang member is ordered to be killed, he is said to be "green lighted." Obtaining a "green light" typically requires the authorization of a clique leader and, in some cases, approval from gang leaders in California or El Salvador.

15.     When preparing to kill disloyal and/or disobedient gang members, MS-13 cliques often assign gang members to follow, or "watch," the targeted individuals to learn their patterns and movements, enabling the gang to carry out the murders at opportune times, without alerting law enforcement.

16.     In order to protect the power, reputation, and territory of MS-13, members and associates are required to use violence, threats of violence, and intimidation.   These acts of violence often include murder and assault with deadly weapons, including machetes.  MS-13 members and associates maintain and enhance their status in the gang by participating in such violent acts.

## Purposes of the MS-13 Enterprise

17.     The purposes of the MS-13 enterprise include the following:

(a)     Preserving, expanding, and protecting the power, territory, and reputation of MS-13 through the use of violence, threats of violence, and intimidation;

(b)     Promoting and enhancing MS-13 and the activities of its members and associates by committing crimes, including but not limited to, murder;

(c)     Keeping victims, potential victims, and community members in fear of MS-13 and its members and associates through violence, threats of violence, and intimidation;

(d)     Confronting and retaliating against rival gangs through the use of violence, threats of violence, and intimidation;

(e)     Ensuring discipline within the enterprise and compliance with the enterprise's rules by members and associates through threats of violence and acts of violence;

(f)     Enriching the members and associates of the enterprise through criminal activity, including robbery, extortion, and narcotics trafficking;

(g)     Hindering and obstructing efforts of law enforcement to identify, apprehend, and successfully prosecute offending gang members; and

(h)     Providing financial support and information to MS-13 members, including those incarcerated in the United States and El Salvador.

### Methods and Means of the MS-13 Enterprise

18.     Among the means and methods by which MS-13 members and associates conduct and participate in the conduct of the affairs of the enterprise are the following:

(a)     MS-13 members and associates use violence, threats of violence, and intimidation, including acts involving murder, robbery, and assault, to preserve, protect, and expand the enterprise's territory and criminal operations and to enhance its prestige, reputation, and position in the community;

(b)     MS-13 members and associates promote a climate of fear through violence, threats of violence, and intimidation, including against members of rival gangs;

(c)     MS-13 members and associates use violence, threats of violence, and intimidation to discipline and punish members and associates who violate enterprise rules;

(d)     MS-13 members and associates use telephones and social media to discuss gang-related business and to obtain approval for the use of violence to further the purposes of MS-13;

(e)     MS-13 members and associates use, attempt to use, and conspire to use robbery, extortion, and narcotics trafficking as a mechanism to obtain money;

(f)     MS-13 members and associates collect dues to send to MS-13 members incarcerated in the United States and El Salvador and to MS-13 leadership in El Salvador, in an effort to provide financial support to the enterprise; and

(g)     Members and associates of the enterprise hide, misrepresent, conceal, and cause to be hidden the objectives of acts done in furtherance of the enterprise, and use coded language and other means of communication to avoid detection and apprehension by law enforcement authorities.

**The Racketeering Conspiracy**

19.     Beginning on a date unknown, but at least prior to in or around 2015, and continuing through on or about the date of this Indictment, in the Southern District of Texas and elsewhere, the defendants, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;" JULIO VIGIL-LOPEZ, A/K/A "HADES;" WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;" LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;" WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A/ "KALIN;"** and others known and unknown to the Grand Jury, including Angel Miguel Aguilar-Ochoa, a/k/a "Darki;" and Marlon Miranda-Moran, a/k/a "Chinki;" being persons employed by and associated with MS-13, an enterprise engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly and intentionally conspire and agree to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the MS-13 enterprise through a pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and (5), which pattern of racketeering activity consisted of:

        (a)     multiple acts involving:

                (1)     murder, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, 7.02, 15.01, and 15.02; and in violation of Maryland Code, Criminal Law §§ 2-201, 2-204, 2-205, and 2-206, 1-202, and the Common Law of Maryland, punishable pursuant to Maryland Code, Criminal Law §§ 1-201, 1-202, 2-201, 2-204, 2-205, and 2-206;

(2)   extortion, in violation of Maryland Code, Criminal Law §§ 3-701 and

3-705(a)(2)(ii), 1-202, and the Common Law of Maryland;

(b)   multiple offenses involving drug trafficking, in violation of Title 21, United

States Code, Sections 841 and 846; and

(c)   multiple acts indictable under:

(1)   Title 18, United States Code, Section 1512 (relating to tampering with

a witness, victim, or an informant);

(2)   Title 18, United States Code, Section 1513 (relating to retaliating

against a witness, victim, or an informant); and

(3)   Title 18, United States Code, Section 1951 (relating to interference

with commerce by robbery or extortion).

20.   It was part of the conspiracy that each defendant agreed that a conspirator would

commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

## Overt Acts

21.   In furtherance of the conspiracy and to achieve the object thereof, the defendants, and

others known and unknown to the Grand Jury, committed, or caused to be committed, the following

overt acts, among others, in the Southern District of Texas and elsewhere:

a)   From in or around March 2015, and continuing through in or around February

2018, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** was a MS-13 leader

overseeing MS-13 members and associates in multiple states in the United States, including

Maryland and Texas.

b)   From in or around March 2015, and continuing through in or around February

2018, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** conspired with others

known and unknown to the Grand Jury to extort illegal businesses, including brothels, stores, and drug dealers, throughout Maryland.

c)     From in or around March 2015, and continuing through in or around February 2018, individuals known and unknown to the Grand Jury, at the direction and under the supervision of **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** sent money to MS-13 members based in El Salvador and elsewhere, to support the enterprise.

d)     From in or around January 2016, and continuing through in or around February 2018, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** conspired with others known and unknown to the Grand Jury to possess with the intent to distribute and distribute controlled substances in Maryland and elsewhere.

e)     In or around September 2017, **CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO,"** and others known and unknown to the Grand Jury, contacted MS-13 leaders in the United States and El Salvador and requested and received permission to murder Bryan Alfaro, a twenty-year-old male, because Bryan Alfaro was suspected of being a rival gang member.

f)     Between on or about September 16, 2017, and on or about September 17, 2017, **CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO,"** and others known and unknown to the Grand Jury, lured Bryan Alfaro to an apartment in Houston, Texas, in order to murder Bryan Alfaro.

g)     Between on or about September 16, 2017, and on or about September 17, 2017, **CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO,"** and others known and unknown to the Grand Jury, murdered Bryan Alfaro in Houston, Texas.

10

h) Between on or about September 16, 2017, and on or about September 17, 2017, **CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO,"** and others known and unknown to the Grand Jury, dismembered Bryan Alfaro's body and left Bryan Alfaro's body on the side of a road in Houston, Texas.

i) On or about February 6, 2018, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** and others known and unknown to the Grand Jury, conspired to murder J.R., a sixteen year-old male, in Maryland because he was a suspected rival gang member.

j) On or about February 6, 2018, individuals known and unknown to the Grand Jury, at the direction and under the supervision of **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** attempted to kill J.R. in Maryland.

k) On or about February 6, 2018, individuals known and unknown to the Grand Jury, at the direction and under the supervision of **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** stabbed J.R. in Maryland.

l) Beginning on or about February 7, 2018, and continuing through on or about February 11, 2018, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** and others known and unknown to the Grand Jury, planned and conspired to murder B.R., a nineteen-year-old male, in Texas because B.R. was a suspected rival gang member.

m) Beginning on or about February 13, 2018, and continuing through on or about May 23, 2018, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** and others known and unknown to the Grand Jury, planned and conspired to murder Herson Mejia-Alvarez in Maryland because Herson Mejia-Alvarez, who was a nineteen-year-old male MS-13 member, was suspected of stealing the gang's money and/or cooperating with law enforcement.

n)    On or about May 23, 2018, individuals known and unknown to the Grand Jury, at the direction and under the supervision of **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** murdered Herson Mejia-Alvarez in Maryland.

o)    In or around April 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO,"** and others known and unknown to the Grand Jury, contacted MS-13 leaders in El Salvador, including **JULIO VIGIL-LOPEZ, A/K/A "HADES,"** and others known and unknown to the Grand Jury, and requested and received permission to murder Nayeli Guzman, a fourteen year-old female, because Nayeli Guzman was suspected of cooperating with law enforcement and/or rival gang members.

p)    On or about April 27, 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO,"** and others known and unknown to the Grand Jury, murdered Nayeli Guzman in Houston, Texas.

q)    On or about April 27, 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;" WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN,"** and others known and unknown to the Grand Jury, mutilated and dismembered Nayeli Guzman's body and buried her body in Houston, Texas.

r)    On or about April 27, 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;" WILSON JOSE VENTURA-MEJIA, A/K/A**

"DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN;" and others known and unknown to the Grand Jury, took photos of Nayeli Guzman's body and sent the photos to MS-13 leaders in El Salvador as proof of the murder.

s)    Beginning in or around March 2018, and continuing through on or about June 7, 2018, **WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;" WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN,"** and others known and unknown to the Grand Jury, including Angel Miguel Aguilar-Ochoa, a/k/a "Darki;" and Marlon Miranda-Moran, a/k/a "Chinki," requested and received permission to murder Victor Castro-Martinez, a twenty five year-old male, from MS-13 leaders in El Salvador to include **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** and others known and unknown to the Grand Jury, because Victor Castro-Martinez was suspected of cooperating with law enforcement and/or being a rival gang member.

t)    Between on or about June 6, 2018, and on or about June 7, 2018, **WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;" WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN;"** and others known and unknown to the Grand Jury, including Angel Miguel Aguilar-Ochoa, a/k/a "Darki," and Marlon Miranda-Moran, a/k/a "Chinki," lured Victor Castro-Martinez to a wooded area in Houston, Texas, in order to murder him.

u)    Between on or about June 6, 2018, and on or about June 7, 2018, **WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;" WILSON JOSE**

VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN;"** and others known and unknown to the Grand Jury, including Angel Miguel Aguilar-Ochoa, a/k/a "Darki," and Marlon Miranda-Moran, a/k/a "Chinki," murdered Victor Castro-Martinez in Houston, Texas.

v)     Between on or about June 6, 2018, and on or about June 7, 2018, **WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;" WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN;"** and others known and unknown to the Grand Jury, including Angel Miguel Aguilar-Ochoa, a/k/a "Darki" and Marlon Miranda-Moran, a/k/a "Chinki," took photos of Victor Castro-Martinez's body to send to MS-13 leaders in El Salvador, which included **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** and others known and unknown to the Grand Jury, as proof of the murder.

w)     Between on or about June 6, 2018, and on or about June 7, 2018, **WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;" WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN;"** and others known and unknown to the Grand Jury, including Angel Miguel Aguilar-Ochoa, a/k/a "Darki" and Marlon Miranda-Moran, a/k/a "Chinki," burned Victor Castro-Martinez's vehicle to destroy it.

x)     In or around June 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"** and others known and unknown to the Grand Jury, contacted MS-13 leaders in El Salvador, which included **JULIO VIGIL-LOPEZ, A/K/A "HADES,"** and others known and unknown to the Grand Jury, and requested and received

permission to murder Christian Funes-Escobar, a seventeen year-old male, because he was suspected of being a rival gang member.

y)      Between on or about June 7, 2018, and on or about June 8, 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"** and others known and unknown to the Grand Jury, lured Christian Funes-Escobar to a secluded area in Galveston, Texas, in order to murder Christian Funes-Escobar.

z)      Between on or about June 7, 2018, and on or about June 8, 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"** and others known and unknown to the Grand Jury, murdered Christian Funes-Escobar in Galveston, Texas.

aa)     Between on or about June 7, 2018, and on or about June 8, 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"** and others known and unknown to the Grand Jury, held Christian Funes-Escobar's two friends at gunpoint during the murder of Christian Funes-Escobar.

bb)     Between on or about June 7, 2018, and on or about June 8, 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO**;" and others known and unknown to the Grand Jury, dismembered and decapitated Christian Funes-Escobar's body and then buried Christian Funes-Escobar's body in a previously dug grave, which was near the grave of Nayeli Guzman, in Houston, Texas.

cc) Between on or about June 7, 2018, and on or about June 8, 2018, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"** and others known and unknown to the Grand Jury, took photos of Christian Funes-Escobar's body to send the photos to MS-13 leaders in El Salvador, which included **JULIO VIGIL-LOPEZ, A/K/A "HADES,"** and others known and unknown to the Grand Jury, as proof of the murder.

dd) In or around July 2018, **WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA,"** and others contacted MS-13 leaders in El Salvador, including **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** and others known and unknown to the Grand Jury, and requested and received permission to murder Elian Ortiz, a seventeen year-old male, because he wanted to leave MS-13.

ee) On or about July 3, 2018, **WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA,"** and others known and unknown to the Grand Jury, lured Elian Ortiz to a wooded area in Houston, Texas, in order to murder Elian Ortiz.

ff) On or about July 3, 2018, **WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA,"** and others known and unknown to the Grand Jury, murdered Elian Ortiz in Houston, Texas.

gg) On or about July 3, 2018, **WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA,"** and others known and unknown to the Grand Jury, took photos of Elian Ortiz's body to send them to MS-13 leaders in El Salvador, which included **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"** and others known and unknown to the Grand Jury, as proof of the murder.

hh)     On or about August 4, 2018, **WILMAN RIVAS-GUIDO, A/K/A "INQUIETO,"** and others known and unknown to the Grand Jury, contacted MS-13 leaders in El Salvador, including **JULIO VIGIL-LOPEZ, A/K/A "HADES,"** and requested and received permission to retaliate against rival gang members at La Union Restaurant in Houston, Texas.

ii)     On or about August 4, 2018, **WILMAN RIVAS-GUIDO, A/K/A "INQUIETO,"** and others known and unknown to the Grand Jury, murdered Johnny Paramo-Torres, a twenty five year-old, outside of La Union Restaurant in Houston, Texas.

## NOTICE OF SPECIAL SENTENCING FACTORS

22.     Between on or about September 16, 2017, and on or about September 17, 2017, in the Southern District of Texas and elsewhere, **CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO,"** and others known and unknown to the Grand Jury, intentionally and knowingly caused the death of Bryan Alfaro, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

23.     On or about April 27, 2018, in the Southern District of Texas and elsewhere, **LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"** and others known and unknown to the Grand Jury, intentionally and knowingly caused the death of Nayeli Guzman, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

24.     Between on or about June 6, 2018, and on or about June 7, 2018, in the Southern District of Texas and elsewhere, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;" WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;" WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;" WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;" CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN;"** and others

known and unknown to the Grand Jury, intentionally and knowingly caused the death of Victor Castro-Martinez, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02

25.    Between on or about June 7, 2018, and on or about June 8, 2018, in the Southern District of Texas and elsewhere, **JULIO VIGIL-LOPEZ, A/K/A "HADES;" LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;" CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"** and others known and unknown to the Grand Jury, intentionally and knowingly caused the death of Christian Funes-Escobar, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

26.    On or about July 3, 2018, in the Southern District of Texas and elsewhere, **FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;" WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;"** and others known and unknown to the Grand Jury, intentionally and knowingly caused the death of Elian Ortiz in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

27.    On or about August 4, 2018, in the Southern District of Texas and elsewhere, **JULIO VIGIL-LOPEZ, A/K/A "HADES," WILMAN RIVAS-GUIDO, A/K/A "INQUIETO,"** and others known and unknown to the Grand Jury, intentionally and knowingly caused the death of Johnny Paramo-Torres, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

All in violation of Title 18, United States Code, Section 1962(d).

## COUNT TWO

### (Attempted Murder in Aid of Racketeering – B.R.)

28.    Paragraphs 1 through 18 of Count One of this Indictment are re-alleged and incorporated by reference as though set forth fully herein.

29.     At all times relevant to this Indictment, MS-13, including its leadership, membership, and associates, constituted an enterprise as defined in 18 U.S.C. § 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce ("the enterprise").  The MS-13 enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

30.     The enterprise, through its leaders, members, and associates, engaged in racketeering activity, as defined in 18 U.S.C. §§ 1959(b)(1) and 1961(1), that is, acts involving murder, in violation of Texas state law, and acts involving murder and extortion in violation of Maryland state law; offenses involving drug trafficking, in violation of Title 21, United States Code, Sections 841 and 846; and acts indictable under Title 18, United States Code, Sections 1512 (tampering with a witness, victim, or an informant), 1513 (retaliating against a witness, victim, or an informant), and 1951 (relating to interference with commerce by robbery or extortion).

31.     On or about February 11, 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

**FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did attempt to murder B.R., in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, 7.02, and 15.01.

In violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

## COUNT THREE

### (Conspiracy to Commit Murder in Aid of Racketeering – B.R.)

32.    Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

33.    Beginning on or about February 7, 2018, and continuing through on or about February 11, 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

### FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO,"

did intentionally and knowingly conspire and agree with others known and unknown to the Grand Jury to murder B.R., in violation of Texas Penal Code, §§ 19.01, 19.02 and 15.02.

In violation of Title 18, United States Code, Section 1959(a)(5).

## COUNT FOUR

### (Murder in Aid of Racketeering – Nayeli Guzman)

34.    Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though set forth fully herein.

35.    On or about April 27, 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

### LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;"

### CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"

and others known and unknown to the Grand Jury, while aiding and abetting each other, did murder Nayeli Guzman, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

In violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

## COUNT FIVE

### (Conspiracy to Commit Murder in Aid of Racketeering – Nayeli Guzman)

36.    Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

37.    In or around April 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

**LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;"**

**CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"**

did intentionally and knowingly conspire and agree with each other, and others known and unknown to the Grand Jury, to murder Nayeli Guzman, in violation of Texas Penal Code §§ 19.01, 19.02 and 15.02.

In violation of Title 18, United States Code, Section 1959(a)(5).

## COUNT SIX

### (Obstruction of Justice – Nayeli Guzman)

38.    Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

39.    In or around April 2018, in the Southern District of Texas, and elsewhere,

**LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;"**

**CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"**

**WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;"**

**WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;"**

**CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN,"**

and others known and unknown to the Grand Jury, did corruptly alter, destroy, mutilate, and conceal an object, to wit: Nayeli Guzman's body, by mutilating, dismembering, and burying Nayeli Guzman's body with the intent to impair the integrity and availability for use of Nayeli Guzman's body in an official proceeding relating to the commission of a Federal offense, namely, the criminal racketeering activity of MS-13, Murder in Aid of Racketeering and Conspiracy to Commit Murder in Aid of Racketeering, as charged in Counts One, Four, and Five, respectively, of this Indictment.

In violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

## COUNT SEVEN

### (Murder in Aid of Racketeering – Victor Castro-Martinez)

40.     Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

41.     Between on or about June 6, 2018, and on or about June 7, 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

**FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;"**

**WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;"**

**WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;"**

**ANGEL MIGUEL AGUILAR-OCHOA, A/K/A "DARKI;"**

**MARLON MIRANDA-MORAN, A/K/A "CHINKI;"**

**WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;"**

**CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN;"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did murder Victor Castro-Martinez, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

In violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

## COUNT EIGHT

### (Conspiracy to Commit Murder in Aid of Racketeering – Victor Castro-Martinez)

42.    Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though set forth fully herein.

43.    Beginning in or around March 2018, and continuing to in or around June 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

**FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;"**

**WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;"**

**WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;"**

**ANGEL MIGUEL AGUILAR-OCHOA, A/K/A "DARKI;"**

**MARLON MIRANDA-MORAN, A/K/A "CHINKI;"**

**WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;"**

**CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN;"**

did intentionally and knowingly conspire and agree with each other, and others known and unknown to the Grand Jury, to murder Victor Castro-Martinez, in violation of Texas Penal Code §§ 19.01, 19.02 and 15.02.

In violation of Title 18, United States Code, Section 1959(a)(5).

## COUNT NINE

### (Obstruction of Justice – Victor Castro-Martinez)

44.    Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

45.     Between on or about June 6, 2018, and on or about June 7, 2018, in the Southern District of Texas, and elsewhere,

**FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;"**

**WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;"**

**WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;"**

**ANGEL MIGUEL AGUILAR-OCHOA, A/K/A "DARKI;"**

**MARLON MIRANDA-MORAN, A/K/A "CHINKI;"**

**WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;"**

**CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A "KALIN;"**

and others known and unknown to the Grand Jury, did corruptly alter, destroy, mutilate, and conceal an object, to wit: Victor Castro-Martinez's vehicle, by burning Victor Castro-Martinez's vehicle with the intent to impair the integrity and availability for use of Victor Castro-Martinez's vehicle in an official proceeding relating to the commission of a Federal offense, namely, the criminal racketeering activity of MS-13, Murder in Aid of Racketeering, and Conspiracy to Commit Murder in Aid of Racketeering, as charged in Counts One, Seven, and Eight, respectively, of this Indictment.

In violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

## COUNT TEN

**(Murder in Aid of Racketeering – Christian Funes-Escobar)**

46.     Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though set forth fully herein.

47.     Between on or about June 7, 2018, and on or about June 8, 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

24

**JULIO VIGIL-LOPEZ, A/K/A "HADES;"**

**LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;"**

**CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did murder Christian Funes-Escobar, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

In violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

## COUNT ELEVEN

**(Conspiracy to Commit Murder in Aid of Racketeering – Christian Funes-Escobar)**

48.    Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

49.    In or around June 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

**JULIO VIGIL-LOPEZ, A/K/A "HADES;"**

**LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;"**

**CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"**

did intentionally and knowingly conspire and agree with each other, and others known and unknown to the Grand Jury, to murder Christian Funes-Escobar, in violation of Texas Penal Code §§ 19.01, 19.02 and 15.02.

In violation of Title 18, United States Code, Section 1959(a)(5).

## COUNT TWELVE

### (Obstruction of Justice – Christian Funes-Escobar)

50.     Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

51.     Between on or about June 7, 2018, and on or about June 8, 2018, in the Southern District of Texas, and elsewhere,

**JULIO VIGIL-LOPEZ, A/K/A "HADES;"**

**LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;"**

**CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL MALIGNO;"**

and others known and unknown to the Grand Jury, did corruptly alter, destroy, mutilate, and conceal an object, to wit: Christian Funes-Escobar's body, by mutilating, dismembering, and burying Christian Funes-Escobar's body with the intent to impair the integrity and availability for use of Christian Funes-Escobar's body in an official proceeding relating to the commission of a Federal offense, namely, the criminal racketeering activity of MS-13, Murder in Aid of Racketeering, and Conspiracy to Commit Murder in Aid of Racketeering, as charged in Counts One, Ten, and Eleven respectively, of this Indictment.

In violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

## COUNT THIRTEEN

### (Murder in Aid of Racketeering – Elian Ortiz)

52.     Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

53.     On or about July 3, 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

**FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;"**

**WALTER ANTONIO CHICAS-GARCIA,  A/K/A "WALTER;"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did murder Elian Ortiz, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

In violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

## COUNT FOURTEEN

### (Conspiracy to Commit Murder in Aid of Racketeering – Elian Ortiz)

54.     Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

55.     In or around July 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

**FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;"**

**WALTER ANTONIO CHICAS-GARCIA,  A/K/A "WALTER;"**

did intentionally and knowingly conspire and agree with each other, and others known and unknown to the Grand Jury, to murder Elian Ortiz, in violation of Texas Penal Code §§ 19.01, 19.02 and 15.02.

In violation of Title 18, United States Code, Section 1959(a)(5).

## COUNT FIFTEEN

### (Murder in Aid of Racketeering – Johnny Paramo-Torres)

56.     Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

57.     On or about August 4, 2018, in the Southern District of Texas, and elsewhere, for the purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise engaged in racketeering activity,

**JULIO VIGIL-LOPEZ, A/K/A "HADES,"**

**WILMAN RIVAS-GUIDO, A/K/A "INQUIETO,"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did murder

Johnny Paramo-Torres, in violation of Texas Penal Code §§ 19.01, 19.02, 7.01, and 7.02.

In violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

## COUNT SIXTEEN

### (Conspiracy to Commit Murder in Aid of Racketeering – Johnny Paramo-Torres)

58.     Paragraphs 28 through 30 of Count Two of this Indictment are re-alleged and

incorporated by reference as though fully set forth herein.

59.     In or around August 2018, in the Southern District of Texas, and elsewhere, for the

purpose of gaining entrance to, and maintaining and increasing position in, MS-13, an enterprise

engaged in racketeering activity,

**JULIO VIGIL-LOPEZ, A/K/A "HADES,"**

**WILMAN RIVAS-GUIDO, A/K/A "INQUIETO,"**

did intentionally and knowingly conspire and agree with others known and unknown to the Grand

Jury to murder Johnny Paramo-Torres, in violation of Texas Penal Code §§ 19.01, 19.02 and 15.02.

In violation of Title 18, United States Code, Section 1959(a)(5).

## COUNT SEVENTEEN

### (Use, Carry, Brandish, and Discharge of a Firearm During and In Relation to a Crime of Violence – Johnny Paramo-Torres)

60.     On or about August 4, 2018, in the Southern District of Texas, and elsewhere,

**JULIO VIGIL-LOPEZ, A/K/A "HADES,"**

**WILMAN RIVAS-GUIDO, A/K/A "INQUIETO,"**

along with others known and unknown to the Grand Jury, while aiding and abetting each other, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Murder in Aid of Racketeering, as charged in Count Fifteen of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i)-(iii) and 2.

## COUNT EIGHTEEN

### (Causing Death Through Use of a Firearm – Victim-Johnny Paramo-Torres)

61.     On or about August 4, 2018, in the Southern District of Texas, and elsewhere,

### JULIO VIGIL-LOPEZ, A/K/A "HADES,"

### WILMAN RIVAS-GUIDO, A/K/A "INQUIETO,"

along with others known and unknown to the Grand Jury, while aiding and abetting each other, in the course of a violation of Title 18, United States Code, Section 924(c)(1)(A), as charged in Count Seventeen of this Indictment, did cause the death of Johnny Paramo-Torres through the use of a firearm, which killing constituted murder, as defined in Title 18, United States Code, Section 1111.

In violation of Title 18, United States Code, Sections 924(j) and 2.

## FORFEITURE ALLEGATIONS

The United States Attorney for the Southern District of Texas further alleges that:

62.     Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 981(a)(1)(C) and 1963(a), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendants' convictions on this Indictment.

## RICO Forfeiture

63.     Upon conviction of the offense set forth in Count One of this Indictment, the defendants,

**FRANKLIN TREJO-CHAVARRIA, A/K/A "IMPULSIVO;"**

**JULIO VIGIL-LOPEZ, A/K/A "HADES;"**

**WALTER ANTONIO CHICAS-GARCIA, A/K/A "WALTER," A/K/A "MEJIA;"**

**LUIS ERNESTO CARBAJAL-PERAZA, A/K/A "DESTINO," A/K/A "CHELE;"**

**CARLOS ALEXI GARCIA-GONGORA, A/K/A "GARCIA," A/K/A "LIL**

**MALIGNO;"WILSON JOSE VENTURA-MEJIA, A/K/A "DISCRETO," A/K/A "DISCO;"**

**WILMAN RIVAS-GUIDO, A/K/A "INQUIETO;"** and

**CARLOS ELIAS HENRIQUEZ-TORRES, A/K/A/ "KALIN;"**

pursuant to 18 U.S.C. §1963(a), shall forfeit to the United States:

  a.  any interest acquired and maintained, in violation of 18 U.S.C. § 1962;

  b.  any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over, any enterprise which the defendant established, operated, controlled, conducted, or participated in the conduct of, in violation of 18 U.S.C. § 1962; and

  c.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, from racketeering activity, in violation of 18 U.S.C. § 1962.

### Substitute Assets

64.  If, as a result of any act or omission of the defendant, any of the property described above:

  a.  cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the court;

  d.  has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided

without difficulty;

the United States, pursuant to 18 U.S.C. § 1963(m) and 21 U.S.C. § 853(p), shall be entitled to

forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 924
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982
18 U.S.C. § 1963
21 U.S.C. § 853
28 U.S.C. § 2461(c)

**A TRUE BILL:**

**Original Signature on File**
_____
**FOREPERSON OF THE GRAND JURY**

**JENNIFER LOWERY**
**UNITED STATES ATTORNEY**

BY: _____
**Britni Cooper**
**John M. Lewis**
**Assistant United States Attorneys**

**DAVID L. JAFFE**
**CHIEF, ORGANIZED CRIME AND GANG SECTION,**
**UNITED STATES DEPARTMENT OF JUSTICE**

BY: _____
**Gerald A. Collins**
**Julie A. Finocchiaro**
**Matthew K. Hoff**
**Trial Attorneys**